NUMBER 13-04-348-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
NUECES COUNTY COMMISSIONERS COURT, ET AL.,         Appellants,

v.

ROGER MORALES,                                                             Appellee.
____________________________________________________________________

On appeal from the 214th District Court of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellants, NUECES COUNTY COMMISSIONERS COURT, ET AL., perfected an
appeal from an order entered by the 214th District Court of Nueces County, Texas,
in cause number 98-1783-F. After the notice of appeal was filed, the parties filed a
joint motion to dismiss the appeal. In the motion, the parties state that they have
reached an agreement to settle and compromise their differences in the underlying
lawsuit. The parties request that the Court dismiss the appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 29th day of July, 2004.